# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1912

Cornell McKay

Appellant

v.

City of St. Louis

Appellee

Jennifer Joyce

Anthony Boettigheimer, in his individual and official capacities, et al.

Appellees

Susan Ryan and SC Ryan Consulting, LLC

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-01315-JAR)
_____

**MANDATE**

In accordance with the opinion and judgment of 06/05/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 26, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit